◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. WOODS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—felony driving while intoxicated.) Present—Dillon, P. J., Callahan, Doerr, Green and Lawton, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY W. KREEL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, Jr., J.—burglary, third degree.) Present —Dillon, P. J., Callahan, Doerr, Green and Lawton, JJ.

◼ In the Matter of ROBERT J. PODLAS, Petitioner, and GLORIA M. WODARCZAK, Appellant, v TOWN OF CHEEKTOWAGA et al., Respondents.—Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Kane, J. (Appeal from order of Supreme Court, Erie County, Kane, J.—modify referendum.) Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ. (Order entered Oct. 29, 1990.)